Case 05-28888   Doc 24   Filed 01/22/09   Entered 01/22/09 11:18:15   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hadley, Ella | Case Number: 05 B 28888 |
|---|---|---|
|  | Williams, Herschel | Judge: Wedoff, Eugene R |
|  | Printed: 01/22/09 | Filed: 7/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 12, 2008
Confirmed: September 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,950.00 |  |
| Secured: |  | 778.75 |
| Unsecured: |  | 8,429.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 691.43 |
| Other Funds: |  | 350.00 |
| Totals: | 12,950.00 | 12,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,700.00 | 2,700.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 4,694.56 | 778.75 |
| 5. | Commonwealth Edison | Unsecured | 100.36 | 415.83 |
| 6. | Peoples Energy Corp | Unsecured | 294.80 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 1,122.27 | 4,650.00 |
| 8. | Capital One Auto Finance | Unsecured | 370.57 | 1,535.45 |
| 9. | Midland Credit Management | Unsecured | 140.15 | 580.72 |
| 10. | Check N Go | Unsecured | 78.47 | 325.14 |
| 11. | Capital One | Unsecured | 60.33 | 249.98 |
| 12. | Asset Acceptance | Unsecured | 120.64 | 499.85 |
| 13. | Midnight Velvet | Unsecured | 41.71 | 172.85 |
| 14. | Encore | Unsecured |  | No Claim Filed |
| 15. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Mercury Finance Co | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | New Horizons Inc. | Unsecured |  | No Claim Filed |
| 20. | New Horizons Inc. | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 23. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | National Credit Adjusters | Unsecured |  | No Claim Filed |
| 26. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | | |
|---|---|---|
| | Hadley, Ella | Case Number: 05 B 28888 |
| | Williams, Herschel | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 7/21/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Uptown Cash | Unsecured | | No Claim Filed |
| 28. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 29. | American Credit Collection | Unsecured | | No Claim Filed |
| 30. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| | | | $ 9,723.86 | $ 11,908.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 147.17 |
| 5% | 27.63 |
| 4.8% | 146.28 |
| 5.4% | 208.42 |
| 6.5% | 45.98 |
| 6.6% | 115.95 |
| | $ 691.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

